```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 23089
   BONNIE G SUGGS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3793

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/17/2004 and was confirmed 09/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.45% from remaining funds.

     The case was paid in full 10/26/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED          16352.74        1193.86       16352.74
LVNV FUNDING LLC          UNSECURED        11357.10         .00           1414.41
SHERMAN ACQUISITION       UNSECURED        14832.06         .00           1847.18
ECAST SETTLEMENT CORP     UNSECURED        13162.11         .00           1639.21
ECAST SETTLEMENT CORP     UNSECURED         4730.39         .00            589.12
SHERMAN ACQUISITION       UNSECURED         3559.16         .00            443.26
SHERMAN ACQUISITION       UNSECURED         2065.94         .00            257.29
GENERAL MOTORS ACCEPTANC  UNSECURED        NOT FILED        .00               .00
ECAST SETTLEMENT CORP     UNSECURED OTH    1176.69          .00            146.38
RONALD D CUMMINGS         DEBTOR ATTY      2,394.00                       2,394.00
TOM VAUGHN                TRUSTEE                                         1,472.55
DEBTOR REFUND             REFUND                                          1,117.18

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             28,867.18

PRIORITY                                          .00
SECURED                                      16,352.74
    INTEREST                                  1,193.86
UNSECURED                                     6,336.85
ADMINISTRATIVE                                2,394.00
TRUSTEE COMPENSATION                          1,472.55
DEBTOR REFUND                                 1,117.18
                    --------------        --------------
TOTALS              28,867.18                28,867.18
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 23089 BONNIE G SUGGS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |